IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MATT HOOPER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:13cv702 |
| | § | |
| CITY OF LADONIA, TEXAS, ET AL. | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 14, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Jan Cooper's Second Motion to Dismiss or, In the Alternative, Opposed Motion for More Definite Statement (Dkt. 20) and Defendant Calvin Corbett's Second Motion to Dismiss or, in the Alternative, Opposed Motion for More Definite Statement (Dkt. 21) be GRANTED as to Plaintiff's claims under the Whistleblower Act, to the extent they are asserted against Defendants Cooper and Calvin, and DENIED in all other respects.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Defendant Jan Cooper's Second Motion to Dismiss or, In the Alternative, Opposed Motion for More Definite Statement (Dkt. 20) and Defendant Calvin Corbett's Second

Motion to Dismiss or, in the Alternative, Opposed Motion for More Definite Statement (Dkt. 21) are GRANTED as to Plaintiff's claims under the Whistleblower Act, to the extent they are asserted against Defendants Cooper and Calvin, and DENIED in all other respects.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of March, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE